NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ANNE STAUFFER,**
*Plaintiff-Appellee,*

**v.**

**KELLY MILLER,**
*Defendant-Appellant.*

---

2014-1674

---

Appeal from the United States District Court for the District of Columbia in No. 1:14-mc-00454-ABJ-AK, Judge Amy Berman Jackson.

---

PER CURIAM.

# O R D E R

The parties were directed to show cause why this appeal should not be transferred to the United States Court of Appeals for the District of Columbia Circuit. The Library of Congress responded and argued that the appeal should be transferred. Kelly Miller responded that the Superior Court of the District of Columbia does not have jurisdiction over this appeal.

Miller does not respond concerning the jurisdiction of the United States Court of Appeals for the District of Columbia Circuit, which is the jurisdictional issue before

this court.  This court is a court of limited jurisdiction, which does not include jurisdiction over the appeal of a subpoena matter removed to federal court. 28 U.S.C. § 1295.

Pursuant to 28 U.S.C. 1631, this court is authorized to transfer a case to a court in which the appeal could have been brought at the time it was filed or noticed, here, the United States Court of Appeals for the District of Columbia Circuit.

Accordingly,

IT IS ORDERED THAT:

The appeal and all pending motions are transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. 1631.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25